# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**SABAL TRAIL TRANSMISSION, LLC,**

    **Plaintiff,**

**v.**                                                                                **Case No: 6:16-cv-470-Orl-41DAB**

**3.857 ACRES OF LAND IN OSCEOLA COUNTY FLORIDA, BAOR, INC. and UNKNOWN OWNERS, IF ANY,**

    **Defendants.**

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT:**

    This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**    Motion to Withdraw (Doc. No. 36)
>
> **FILED:**      June 16, 2016
>
> ---
>
> **THEREON** it is **RECOMMENDED** that the motion be **DENIED WITHOUT PREJUDICE**.

    The instant motion is all but identical to a similar motion on similar facts brought by the same counsel in a related case. *See* Case No. 6:16-cv-460-RBD-DAB; *Sabal Trail Transmission, LLC. v. +/- 2.769 Acres of Land in Osceola County, Florida; et al.,* Doc. 45. That motion was denied by Judge Dalton, without prejudice, by Order dated June 17, 2016 (Case 16cv640; Doc. 46). Upon review, the instant motion provides no basis for a recommendation to depart from Judge Dalton's ruling on virtually identical facts. As such, it is **respectfully recommended** that the

motion be **denied, without prejudice,** for the reasons set forth in Judge Dalton's Order in the related case.

## NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on June 28, 2016.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Courtroom Deputy